**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JUNE 28, 2016**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

| | |
|---|---|
| WD78189 | John M. Carden vs. Director of Revenue |
| WD78236 | Myrtle Canady vs. Shareece Jackson |
| WD78406 | Sylvester Pickett vs. State of Missouri |
| WD78454 | Darris A. Peal vs. State of Missouri |
| WD78725 | Delmario Reese vs. State of Missouri |
| WD78795 | Robert C. Singletary vs. State of Missouri |
| WD78853 | Maurica Meschelle Spellmeyer vs. Director of Revenue |
| WD79023 | In the Interest of: A.H.; Juvenile Officer; Department of Social Services, Children's Division vs. S.U. (Father) |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

| | |
|---|---|
| WD78355 | State of Missouri vs. Quartez G. Edwards |
| WD78371 | State of Missouri vs. David Allen Mrozak |
| WD78384 | State of Missouri vs. Christopher Scott Mysak |
| WD78387 | State of Missouri vs. Rosendo C. Hernandez, Jr. |
| WD78401 | State of Missouri vs. Ryan Orp Boulware |